# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-40492
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 19, 2013

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MANUEL PEREZ-MEJIA,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:13-CR-64-1

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Manuel Perez-Mejia (Perez) appeals from the judgment imposed in connection with his guilty plea conviction of being illegally present in the United States after removal. As Perez concedes, the argument he raises on appeal is foreclosed by *United States v. Rodriguez*, 711 F.3d 541, 557, 562 & n.28 (5th Cir. (en banc), *cert denied*, 2013 WL 2617911 (U.S. Nov. 4, 2013) (No. 12-10695), in which this court concluded that the generic, contemporary

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-40492

definitions of "sexual abuse of a minor" and "statutory rape" do not include an age-differential requirement.    Accordingly, Perez's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.